UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-108 PAM/TNL |
| | **INDICTMENT** |
| Plaintiff, | |
| | 18 U.S.C. § 242 |
| v. | 18 U.S.C. § 2 |
| DEREK MICHAEL CHAUVIN, | |
| TOU THAO, | |
| J. ALEXANDER KUENG, and | |
| THOMAS KIERNAN LANE, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Defendant Derek Chauvin was employed as a Minneapolis Police Department (MPD) officer, and had held that position for more than 18 years.

2. Defendant Tou Thao was employed as a Minneapolis Police Department officer, and had held that position for more than eight years.

3. Defendant J. Alexander Kueng was employed as a Minneapolis Police Department officer. He began working as an MPD officer in December 2019.

4. Defendant Thomas Lane was employed as a Minneapolis Police Department officer. He began working as an MPD officer in December 2019.

5. George Floyd was a 46-year-old resident of St. Louis Park, Minnesota.


SCANNED
MAY 06 2021
U.S. DISTRICT COURT MPLS

6.    Paragraphs 1 through 5 of this Indictment are realleged and incorporated into each count as though fully set forth therein.

## COUNT 1
(Deprivation of Rights Under Color of Law)

On or about May 25, 2020, in the State and District of Minnesota, the defendant,

**DEREK MICHAEL CHAUVIN,**

while acting under color of law, and while aided and abetted by officers known to the grand jury, willfully deprived George Floyd of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure, which includes the right to be free from the use of unreasonable force by a police officer. Specifically, Defendant Chauvin held his left knee across George Floyd's neck, and his right knee on Floyd's back and arm, as George Floyd lay on the ground, handcuffed and unresisting, and kept his knees on Floyd's neck and body even after Floyd became unresponsive. This offense resulted in bodily injury to, and the death of, George Floyd.

All in violation of Title 18, United States Code, Sections 242 and 2.

## COUNT 2
(Deprivation of Rights Under Color of Law)

On or about May 25, 2020, in the State and District of Minnesota, the defendants,

**TOU THAO and
J. ALEXANDER KUENG,**

while acting under color of law, willfully deprived George Floyd of the right, secured and protected by the Constitution and laws of the United States, to be free from an unreasonable seizure. Specifically, Defendants Kueng and Thao were aware that Defendant Chauvin

United States v. Derek Michael Chauvin et. al.

was holding his knee across George Floyd's neck as Floyd lay handcuffed and unresisting, and that Defendant Chauvin continued to hold Floyd to the ground even after Floyd became unresponsive, and the defendants willfully failed to intervene to stop Defendant Chauvin's use of unreasonable force. This offense resulted in bodily injury to, and the death of, George Floyd.

All in violation of Title 18, United States Code, Section 242.

## COUNT 3
(Deprivation of Rights Under Color of Law)

On or about May 25, 2020, in the State and District of Minnesota, the defendants,

**DEREK MICHAEL CHAUVIN,**
**TOU THAO,**
**J. ALEXANDER KUENG, and**
**THOMAS KIERNAN LANE,**

while acting under color of law, willfully deprived George Floyd of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes an arrestee's right to be free from a police officer's deliberate indifference to his serious medical needs. Specifically, the defendants saw George Floyd lying on the ground in clear need of medical care, and willfully failed to aid Floyd, thereby acting with deliberate indifference to a substantial risk of harm to Floyd. This offense resulted in bodily injury to, and the death of, George Floyd.

United States v. Derek Michael Chauvin et. al.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL

_____     _____
W. ANDERS FOLK                                              FOREPERSON
ACTING UNITED STATES ATTORNEY

PAMELA S. KARLAN
PRINCIPAL DEPUTY ASSISTANT
ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

SAMANTHA TREPEL
SPECIAL LITIGATION COUNSEL