UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNDER SEAL

RECEIVED
MAY 06 2021
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

v.                                                Crim. No. 21-CR-108 (PAM/TNL)

DEREK MICHAEL CHAUVIN ET AL

---

UNITED STATES OF AMERICA

v.                                                Crim. No. 21-CR-109 (WMW/HB)

DEREK MICHAEL CHAUVIN

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorneys hereby notify the Court and counsel that the above-captioned cases are related for the following reason:

■   The cases involve the same defendant.

Dated: May 6, 2021                         Respectfully submitted,

W. ANDERS FOLK                             PAMELA S. KARLAN
Acting United States Attorney              Principal Deputy Assistant
                                           Attorney General

/s/ W. Anders Folk                         /s/ Samantha Trepel
BY: W. ANDERS FOLK                         BY: Samantha Trepel
Acting United States Attorney              Special Litigation Counsel
Attorney ID No. 0311388                    Attorney ID No. 992377 DC

