# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**NOTICE OF APPEARANCE**

United States of America

                Plaintiff(s)      Case No:    21CR00108-004 (PAM/TNL)

v.

Thomas Kiernan Lane

                Defendant(s)

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Earl P. Gray, shall appear as counsel of record for Defendant Thomas Lane in this case.

Dated: May 10, 2021

                                    s/Earl P. Gray
                                    Earl P. Gray #37072
                                    Attorney for Defendant
                                    332 Minnesota Street
                                    Suite W1610
                                    St. Paul, MN  55101
                                    651-223-5175