AO 442 (Rev. 11/11) Arrest Warrant

F#11274286

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
MAY 13 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.
Thomas Kiernan Lane (4)

*Defendant*

)
)
)
)
)
)
)

Case No. CR 21-108 PAM/TNL

**RECEIVED**
By U.S. Marshal, St. Paul, MN at 2:15 pm, May 06, 2021

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Thomas Kiernan Lane ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 3 - Deprivation of Rights Under Color of Law, 18:242.

Date: 05/06/2021

City and state:   Minneapolis, MN

*M. Fogarty*
*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

ARRESTED ON 5/7/2021
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*

SCANNED
MAY 13 2021
U.S. DISTRICT COURT ST. PAUL