UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108(4) (PAM/TNL)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

THOMAS KIERNAN LANE,

      Defendant.

**GOVERNMENT'S MOTION FOR DISCOVERY PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 16(b), 12.1, 12.2, 12.3 AND 26.2**

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Samantha Trepel, Special Litigation Counsel for the Civil Rights Division, hereby moves the Court:

    A.    For its order requiring Thomas Kiernan Lane, the above-named defendant (hereinafter defendant), pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure to disclose and to permit inspection and copying of the following:

        1.    <u>Documents and Tangible Objects</u>:  All books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial of the above captioned matter.

        2.    <u>Reports of Examinations and Tests</u>:  All results and reports of physical or mental examinations and of scientific tests or experiments made in connection with the above captioned matter, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial of the

above captioned matter or which were prepared by a witness whom the defendant intends to call at trial.

      B.    <u>Alibi</u>:  For its order pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to claim alibi as a defense, to state the specific place or places at which the defendant claims to have been at the time of the alleged offenses in the above captioned matter and the names and addresses of the witnesses upon whom the defendant intends to rely to establish such alibi.

      C.    <u>Insanity Defense/Mental Illness</u>:  For its order pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to rely upon the defense of insanity or introduce expert testimony relating to a mental disease or defect or any other mental condition of the defendant bearing upon the issue of guilt, to give notice to the government no later than the date of the first hearing on pretrial motions.

      D.    <u>Public Authority</u>:  For its order pursuant to Rule 12.3 of the Federal Rules of Criminal Procedure requiring the defendant, if he intends to rely upon a defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the offense, to give notice to the government and the Court no later than the date of the first hearing on pretrial motions.

      E.    <u>Witness Statements</u>:  For its order pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure requiring the defendant, to produce all statements in his possession or control of any witness that the defendant calls in connection with a

suppression hearing, detention hearing, trial, or sentencing.

Dated: May 17, 2021

                                                                Respectfully Submitted,

| | |
|---|---|
| W. ANDERS FOLK<br>Acting United States Attorney | PAMELA S. KARLAN<br>Principal Deputy Assistant<br>Attorney General |
| */s/ W. Anders Folk*<br>BY:  W. ANDERS FOLK<br>Acting United States Attorney<br>Attorney ID No. 0311388 | */s/ Samantha Trepel*<br>BY:  Samantha Trepel<br>Special Litigation Counsel<br>Attorney ID No. 992377 DC |