

**EARL GRAY**
DEFENSE

May 27, 2021

Honorable Tony N. Leung
United States Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

    RE:    U.S.A. v. Thomas Kiernan Lane
            21-CR-108 (PAM/TNL)

Your Honor Judge Leung:

    I represent Thomas Lane in the above entitled action and we consent to an arraignment and motions hearing by video conferencing.

                            Very truly yours,

                            s/Earl P. Gray
                            Earl P. Gray

EPG/pkt

**EARL GRAY, LAWYER | WWW.EARLGRAYDEFENSE.COM**
FIRST NATIONAL BANK BUILDING · 332 MINNESOTA ST. SUITE W1610 · SAINT PAUL, MINNESOTA 55101
(PH) 651.223.5175 (FAX) 651.223.5179 (CELL) 612.801.9379 (EMAIL) EGRAYLAW@GMAIL.COM

ALSO ADMITTED TO PRACTICE IN WISCONSIN · OFFICE MANAGER: PAT K. TRAPP