UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.

(1) Derek Chauvin,
(2) Tou Thao,
(3) J. Alexander Kueng,
(4) Thomas Lane,

        Defendants.

Case No. 21-cr-108(PAM/TNL)

MOTION TO STRIKE SURPLUSAGE

---

The Defendant Thomas Lane, through his counsel Earl Gray, and pursuant to Rule 7(d) of the Federal Rules of Criminal Procedure moves this honorable Court to strike the second sentence of paragraph 4 of the indictment: "He began working as an MPD officer in December 2019" as surplusage, false, and prejudicial.

This motion is based on all of the files and records herein and the attached memorandum of defense counsel.

Dated this 3rd day of August, 2021.

        s/Earl P. Gray
        Earl P. Gray #37072
        Attorney for Defendant Thomas Lane
        First National Bank Building
        332 Minnesota Street
        Suite W1610
        St. Paul, MN 55101
        651-223-5175