UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

          Plaintiff,

v.

(1) Derek Chauvin,
(2) Tou Thao,
(3) J. Alexander Kueng, and
(4) Thomas Lane,

          Defendants.

Case No. 21-cr-108(PAM/TNL)

MOTION TO JOIN CO-DEFENDANTS PRETRIAL MOTIONS

---

    Defendant Thomas Lane through his counsel Earl Gray moves this honorable court to order that the Defendant Thomas Lane may join the pretrial motions of the other above named co-defendants.

Dated this 3rd day of August, 2021.

                                      s/Earl P. Gray
                                      Earl P. Gray #37072
                                      Attorney for Defendant Thomas Lane
                                      First National Bank Building
                                      332 Minnesota Street
                                      Suite W1610
                                      St. Paul, MN 55101
                                      651-223-5175