

**EARL GRAY**
DEFENSE

August 11, 2021

Honorable Tony N. Leung
United States Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

    RE:    U.S.A. v. Thomas Kiernan Lane
            21-CR-108 (PAM/TNL)

Your Honor Judge Leung:

    The Defendant Thomas Lane joins in Defendant J. Alexander Kueng's Motion to Sever, Motion for Disclosure of Brady Material, and Motion for Disclosure of Giglio Material.

                        Very truly yours,

                        s/Earl P. Gray
                        Earl P. Gray

EPG/pkt

EARL GRAY, LAWYER | WWW.EARLGRAYDEFENSE.COM
FIRST NATIONAL BANK BUILDING - 332 MINNESOTA ST. SUITE W1610 - SAINT PAUL, MINNESOTA 55101
(PH) 651.223.5175 (FAX) 651.223.5179 (CELL) 612.801.9379 (EMAIL) EGRAYLAW@GMAIL.COM

ALSO ADMITTED TO PRACTICE IN WISCONSIN - OFFICE MANAGER: PAT K. TRAPP