# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>THOMAS KIERNAN LANE (4),<br><br>                Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: TONY N. LEUNG<br>U.S. MAGISTRATE JUDGE |

| | |
|---|---|
| Case No: | 21-cr-108 (4) PAM/TNL |
| Date: | September 14, 2021 |
| Courthouse: | Minneapolis |
| Courtroom: | Video Conference |
| Court Reporter: | Maria Weinbeck |
| Time Commenced: | 10:18 AM |
| Time Concluded: | 10:19 AM |
| Sealed Hearing Time: | -- |
| Time in Court: | 1 Minute |

APPEARANCES:

    Plaintiff:     Manda Sertich, Samantha Trepel, Assistant U.S. Attorneys
    Defendant:    Earl P. Gray, ☐ FPD ☐ CJA ☒ Retained ☐ Appointed

☒ Reading of Indictment Waived
☐ Indictment Read into Record
☒ Not Guilty Plea Entered

Other Remarks:

☒ No additional order to be issued.
☒ Defendant consents to this hearing via video conference.

                                                                                                     s/ *Holly M.*
                                                                                              Courtroom Deputy