WorkForce Director

Rank History

Close

Rank History for: J Kueng
Employee ID Number: 003897

Add Rank

| Edit | Delete | Rank | Start Date | EndDate | Adjusted Days | Seniority Start Date | Hiring Year | Hiring Order | Reason |
|---|---|---|---|---|---|---|---|---|---|
| Edit | Delete | Police Officer | 12/10/2019 | | 0 | 12/10/2019 | 2019 | 46 | Promotion |
| Edit | Delete | Police Recruit | 8/14/2019 | 12/9/2019 | 0 | 8/14/2019 | 2019 | 19 | Promotion |
| Edit | Delete | Police Cadet | 2/19/2019 | 8/13/2019 | 0 | 12/19/2019 | 2019 | 20 | |
| Edit | Delete | Community Service Officer | 12/18/2017 | 2/18/2019 | 0 | 12/18/2017 | 2017 | 27 | Hire |



GOVERNMENT EXHIBIT
A
21-cr-108 (PAM/TNL)

http://appwfdprod/WFD/RankInformation.aspx?header=false&PersonId=2946&Edit=True...   5/26/2020

US001   00006468