UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-108(PAM/TNL) |
| Plaintiff, | |
| v. | RULE 24(2)(B)(b) |
| | MOTION TO ALLOW ADDITIONAL |
| Thomas Lane, | PEREMPTORY CHALLENGES |
| | TO EACH DEFENDANT |
| Defendant. | |

---

The Defendant, Thomas Lane, through his counsel Earl Gray, moves the Court to allow the three defendants ten peremptory challenges each.

This motion is based upon 1) the notoriety and adverse publicity of this incident, 2) the conviction in State and Federal courts of co-defendant Derrick Chauvin and 3) Rule 24(2)(B)(b).

Dated this 29th day of December, 2021.

                Respectfully submitted,

                s/Earl P. Gray
                Earl P. Gray #37072
                Attorney for Defendant Thomas Lane
                First National Bank Building
                332 Minnesota Street
                Suite W1610
                St. Paul, MN 55101
                651-223-5175