# THOMAS LANE INSTRUCTION #2 PROPOSED

## ENTRAPMENT 9.01

One of the issues in this case is whether the Defendant Thomas Lane was entrapped. The prosecution has the burden of proving beyond a reasonable doubt that Defendant Thomas Lane was not entrapped by (establishing) either: 1) the Defendant Thomas Lane was willing to commit a willful violation of George Floyd's right to be free from police officer's deliberate indifference to George Floyd's serious medical needs before Thomas Lane was approached by Officer Derrick Chauvin, or 2) Derrick Chauvin did not persuade or talk the Defendant Thomas Lane into committing the crime of willfully violating George Floyd's right to be free from police officer's deliberate indifference to George Floyd's serious medical needs.

If you find that the prosecution proved one of these two things beyond a reasonable doubt, then you must reject Defendant Thomas Lane's claim of entrapment. If you find that the prosecution failed to prove at least one of these two things beyond a reasonable doubt, then you must find Defendant Thomas Lane, not guilty of Count 3 of the indictment.