# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON STATUS CONFERENCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURT MINUTES |
| Plaintiff, | BEFORE: Paul A. Magnuson, United States District Judge |
| v. | |
| TOU THAO (2), J ALEXANDER KUENG (3), THOMAS KIERNAN LANE (4), | Case No: 21-CR-108 (2) (3) (4) (PAM/TNL) <br> Date: Tuesday, January 11, 2022 <br> Courthouse: Saint Paul <br> Courtroom: 7D <br> Deputy: Lynn L. Magee <br> Court Reporter: Renee Rogge <br> Time Commenced: 1:00 p.m. <br> Time Concluded: 2:00 p.m. <br> Time in Court: One Hour |
| Defendants. | |

**APPEARANCES:**

Plaintiff: LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

Defendants: Robert Paule, Natalie Paule – Thao (2)
Thomas Plunkett – Kueng (3)
Earl Gray – Lane (4)

**PROCEEDINGS:**

An In-Person Status Conference was held. Judge Magnuson confirmed that jury selection in this matter will be held on Thursday, January 20, 2022, at 9:00 a.m., in Courtroom 7D, in the Saint Paul Courthouse, with trial to commence thereafter.

Date: Tuesday, January 11, 2022

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson