UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

Thomas Lane,

        Defendant.

Case No. 21-cr-108(PAM/TNL)

MOTION TO EXCLUDE

The Defendant Thomas Lane, through his counsel, Earl Gray, moves the Court for an order prohibiting the Government from offering the following exhibits:

6. Still images from BWC Lane

8. Still images from BWC Kueng

10. Still images from BWC Thao

13. Still images from BWC Chang

15. Still images from Milestone

21. Combined Milestone and Frazier Video/Audio

22. Still images from combined Milestone and Frazier Video

23. Combined Lane BWC and Frazier Video

24. Combined Kueng BWC and Frazier Video

25. Combined Milestone and Oyler Video/Audio

26. Still images from Combined Milestone and Oyler Video

27. Combined Milestone and Thao BWC Video

28. Combined Thao BWC and Frazier Video

29. Still images from Combined Thao BWC and Frazier Video

30. Combined Front Cup Exterior and Thao BWC

31. Combined Front Cup Exterior and Frazier Video/Audio

32. Combined Kueng BWC and Dragon Wok Video

33. Combined Thao BWC and Hanson Video

34. Combined Kueng BWC and Lane BWC with Kueng Audio

35. Combined Kueng BWC and Lane BWC with Lane Audio

36. Still images from Combined Kueng BWC and Lane BWC

37. Side by side still images (Frazier Video)

38. Side by side still images (Frazier Video)

40. Jenna Scurry Call to Sgt. David Pleoger – Audio

41. Donald Williams 911 Call Audio

42. Genevieve Hanson 911 Call Audio

This motion is pursuant to Rule 403 of the Federal Rules of Evidence. The above exhibits are cumulative, substantially prejudicial and a waste of time.

Dated this 19th day of January, 2022.

                                        s/Earl P. Gray
                                        Earl P. Gray #37072
                                        Attorney for Defendant Thomas Lane
                                        First National Bank Building
                                        332 Minnesota Street
                                        Suite W1610
                                        St. Paul, MN 55101
                                        651-223-5175