# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# IN-PERSON JURY CRIMINAL TRIAL

| | | |
|---|---|---|
| **United States of America**, | ) | **COURT MINUTES** |
| | ) | BEFORE:   Paul A. Magnuson |
| Plaintiff, | ) |              United States District Judge |
| | ) | |
| v. | ) | Case No:   21-CR-108(2) (3) (4) (PAM/TNL) |
| | ) | Date:   Monday, January 24, 2022 |
| **Tou Thao (2)**, | ) | Courthouse:   Saint Paul |
| **J Alexander Kueng, (3)**, | ) | Courtroom:   7D |
| **Thomas Kiernan Lane (4)**, | ) | Deputy:   Lynn L. Magee |
| | ) | Court Reporter:   Renee Rogge |
| Defendants. | ) | Time Commenced:   9:30 a.m. |
| | ) | Time Concluded:   4:45 p.m. |
| | ) | Time in Court:   5 Hours 45 Minutes |

**APPEARANCES:**
    Plaintiff:   LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

    Defendants:   Robert Paule, Natalie Paule – Thao (2)
                    Thomas Plunkett – Kueng (3)
                    Earl Gray – Lane (4)

**PROCEEDINGS:**
    Pretrial Discussions with Counsel (9:30 a.m. – 9:50 a.m.)
    Jurors Sworn-In and Jury Instruction (10:00 a.m. – 10:30 a.m.)
    Opening Statement (Samantha Trepel) (10:30 a.m. – 11:05 a.m.)
    Opening Statement (Robert Paule – Defendant (2)) (11:15 a.m. – 11:55 a.m.)
    Opening Statement (Thomas Plunkett – Defendant (3)) (11:55 a.m. – 12:30 p.m.)
    Break (12:30 p.m. – 1:45 p.m.)
    Trial Discussions with Counsel (1:50 p.m. – 2:00 p.m.)
    Opening Statement (Earl Gray – Defendant (4)) (2:05 p.m. – 2:45 p.m.)
    Witness Testimony (Kimberly Meline, FBI) (3:00 p.m. – 4:45 p.m.)

    Jury Trial will continue on Tuesday, January 25, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:   <u>Monday, January 24, 2022</u>           *s/Lynn L. Magee*
                                                                        Courtroom Deputy to
                                                                        The Hon. Paul A. Magnuson