# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# IN-PERSON JURY CRIMINAL TRIAL

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson |
| | United States District Judge |
| v. | |
| | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| **Tou Thao (2)**, | Date: Tuesday, January 25, 2022 |
| **J Alexander Kueng, (3)**, | Courthouse: Saint Paul |
| **Thomas Kiernan Lane (4)**, | Courtroom: 7D |
| | Deputy: Lynn L. Magee |
| Defendants. | Court Reporter: Renee Rogge |
| | Time Commenced: 9:00 a.m. |
| | Time Concluded: 5:10 p.m. |
| | Time in Court: 6 Hours 55 Minutes |

**APPEARANCES:**
   Plaintiff:   LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

   Defendants:  Robert Paule, Natalie Paule – Thao (2)
                Thomas Plunkett – Kueng (3)
                Earl Gray – Lane (4)

**PROCEEDINGS:**
   Pretrial Discussions with Counsel (9:00 a.m. – 9:20 a.m.)
   Witness Testimony Continues (Kimberly Meline, FBI) (9:30 a.m. – 10:15 a.m.)
   Break (10:45 a.m. – 11:05 a.m.)
   Cross-Examination of Witness by Robert Paule (11:05 a.m. – 11:35 a.m.)
   Re-Direct Examination of Witness and Witness Excused (11:35 a.m. – 11:40 a.m.)
   Witness Testimony (Christopher Martin, Cup Foods Employee) (11:40 a.m. – 12:25 p.m.)
   Break (12:30 p.m. – 1:45 p.m.)
   Trial Discussions with Counsel (1:45 p.m. – 2:00 p.m.)
   Cross-Examination of Witness by Robert Paule (2:00 p.m. – 2:20 p.m.)
   Cross-Examination of Witness by Thomas Plunkett (2:20 p.m. – 2:25 p.m.)
   Cross-Examination of Witness by Earl Gray and Witnessed Excused (2:25 p.m. – 2:30 p.m.)
   Witness Testimony (Charles McMillian, Bystander) (2:30 p.m.- 3:05 p.m.)
   Break (3:05 p.m. – 3:20 p.m.)
   Trial Discussions with Counsel (3:20 p.m. – 3:25 p.m.)
   Witness Testimony Continues (3:25 p.m. – 3:30 p.m.)
   Cross-Examination of Witness by Earl Gray (3:30 p.m. – 3:40 p.m.)
   Cross-Examination of Witness by Thomas Plunkett (3:40 p.m. – 3:45 p.m.)
   Re-Direct Examination of Witness (3:45 p.m. – 3:50 p.m.)
   Re-Cross Examination of Witness and Witness Excused (3:50 p.m. – 3:55 p.m.)
   Witness Testimony (Jenna Scurry, City of Minneapolis Dispatcher) (3:55 p.m. – 4:40 p.m.)

Cross-Examination of Witness by Earl Gray (4:40 p.m. – 4:50 p.m.)
Cross-Examination of Witness by Robert Paule (4:50 p.m. – 5:00 p.m.)
Cross-Examination of Witness by Thomas Plunkett (5:00 p.m. – 5:05 p.m.)
Re-Direct Examination of Witness and Witness Excused (5:05 p.m. – 5:10 p.m.)

Jury Trial will continue on Wednesday, January 26, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:   Tuesday, January 25, 2022                                    *s/Lynn L. Magee*
                                                                      Courtroom Deputy to
                                                                      The Hon. Paul A. Magnuson