# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON JURY CRIMINAL TRIAL

| | | |
|---|---|---|
| **United States of America**, | ) | **COURT MINUTES** |
| | ) | BEFORE: Paul A. Magnuson |
| Plaintiff, | ) | United States District Judge |
| | ) | |
| v. | ) | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| | ) | Date: Wednesday, January 26, 2022 |
| **Tou Thao (2)**, | ) | Courthouse: Saint Paul |
| **J Alexander Kueng, (3)**, | ) | Courtroom: 7D |
| **Thomas Kiernan Lane (4)**, | ) | Deputy: Lynn L. Magee |
| | ) | Court Reporter: Renee Rogge |
| Defendants. | ) | Time Commenced: 9:25 a.m. |
| | ) | Time Concluded: 4:15 p.m. |
| | ) | Time in Court: 5 Hours 25 Minutes |

**APPEARANCES:**
    Plaintiff:    LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

    Defendants:    Robert Paule, Natalie Paule – Thao (2)
                       Thomas Plunkett – Kueng (3)
                       Earl Gray – Lane (4)

**PROCEEDINGS:**
    Trial Discussions with Counsel (9:25 a.m. – 9:30 a.m.)
    Witness Testimony (Derek Smith, Paramedic Hennepin EMS) (9:35 a.m. – 10:05 a.m.)
    Cross-Examination of Witness by Earl Gray (10:05 a.m. – 10:35 a.m.)
    Cross-Examination of Witness by Robert Paule (10:35 a.m. – 11:15 a.m.)
    Cross-Examination of Witness by Thomas Plunkett (11:15 a.m. – 11:20 a.m.)
    Re-Direct Examination of Witness (11:20 a.m. – 11:35 a.m.)
    Re-Cross Examination of Witness and Witness Excused (11:35 a.m. – 11:40 a.m.)
    Witness Testimony (Jeremy Norton, Captain – MFD) (11:40 a.m. – 12:00 p.m.)
    Break (12:00 p.m. – 1:25 p.m.)
    Trial Discussions with Counsel (1:25 p.m. – 1:30 p.m.)
    Witness Testimony Continues (1:35 p.m. – 2:05 p.m.)
    Cross-Examination of Witness by Earl Gray (2:05 p.m. – 2:10 p.m.)
    Cross-Examination of Witness by Robert Paule (2:10 p.m. – 2:20 p.m.)
    Cross-Examination of Witness by Thomas Plunkett and Witness Excused (2:20 p.m. – 2:25 p.m.)
    Witness Testimony (Genevieve Hansen, Off-Duty MFD Firefighter) (2:30 p.m. – 3:25 p.m.)
    Break (3:25 p.m. – 3:40 p.m.)
    Cross-Examination of Witness by Earl Gray (3:40 p.m. – 3:45 p.m.)
    Cross-Examination of Witness by Thomas Plunkett (3:45 p.m. – 3:50 p.m.)
    Cross-Examination of Witness by Robert Paule (3:50 – 3:55 p.m.)
    Re-Direct Examination of Witness and Witness Excused (3:55 – 4:00 p.m.)

Re-Cross Examination of Witness by Thomas Plunkett (4:00 p.m. – 4:05 p.m.)
Jury Dismissed (4:05 p.m.)
Trial Discussions With Counsel (4:05 p.m. – 4:15 p.m.)

Jury Trial will continue on Thursday, January 27, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:   Wednesday, January 26, 2022                                        *s/Lynn L. Magee*
                                                                          Courtroom Deputy to
                                                                          The Hon. Paul A. Magnuson