1 RE: IAU Case #20-02268
2 Transcribed by: R. Metcalf
3
4
5 Q: Okay, that's working. This is a recorded statement of Officer Thomas Lane on March
6 13, 2020, at approximately 18:02 hours in the Minneapolis Police Department Internal
7 Affairs Unit, Room 112. He is being interviewed by Sergeant Rowe and, uh, Human
8 Resources Investigator Gina McCormick.
9
10 Can you spell your last name, please?
11 HUMAN RESOURCED INVESTIGATOR GINA MCCORMICK (Herein referred to as GM in
12 transcribed statement): Yes, M-C-C-O-R-M-I-C-K.
13
14 Q: This is in relation to Internal Affairs Case and HR Case #20-02268. Others present:
15 SERGEANT SHERRAL SCHMIDT (Herein referred to as SS in transcribed statement):
16 Sergeant Sherral Schmidt.
17
18 Q: Can you spell your last name?
19 SS: S-C-H-M-I-D-T.
20
21 Q: Okay. Uh, Officer Lane, what is your full name, and can you spell it?
22 A: Yes, sir. Uh, full name Thomas, T-H-O-M-A-S. Middle name Kiernan, K-I-E-R-N-A-N.
23 Last name Lane, L-A-N-E.
24
25 Q: What is your present rank and work assignment?
26 A: Uh, I believe it's Officer in Training. I am, uh, working in the Third Precinct
27 Midwatch, sir.
28
29 Q: What is your employee number and date of appointment?
30 A: Date of appointment is December 10, 2019. Uh, employee number is 003951.
31
32 Q: You are being ordered to give a complete and truthful statement pertaining to the
33 scope of your employment or fitness for duty. It is compelled…it is a compelled
34 statement pursuant to MPD Policy and Procedure.
35
36 Under the Garrity Decision, any statement provided in this investigation cannot be used
37 in a criminal proceeding against you, except in the case of alleged perjury. However,
38 these statements may be used against you in relation to employment allegations.
39
40 Do you understand this warning?
41 A: Yes, sir.
42
43 Q: I am advising you that if you refuse to answer, give a false or intentionally
44 incomplete statement, or intentionally omit information that is pertinent to this

INT_____

**GOVERNMENT EXHIBIT**

**1**

21-cr-108 (PAM/TNL)

CITY00131369

1  investigation, you will be subject to disciplinary action up to and including suspension or
2  discharge.
3
4  Do you understand this?
5  A: Yes, sir.
6
7  Q: Is it correct that you have read, understood, and signed the Data Practices Advisory,
8  otherwise known as the Tennessen Warning?
9  A: Yes, sir.
10
11 Q: Have I informed you that the purpose of this statement relates to an internal
12 investigation, and specifically, a City of Minneapolis Human Resources complaint that is
13 being conducted involving Officer Craig Brown and the alleged harassment of a female
14 recruit officer or officers?
15 A: Yes, sir.
16
17 Q: And I have explained that you are being called to explain the circumstances
18 regarding this allegation?
19 A: Yes, sir.
20
21 Q: Okay. I am now going to hand it over to, uh, our HR Investigator McCormick.
22
23 GM: Officer Lane, can you, please, tell me, um, how you know Officer Craig Brown?
24 What your interactions have been with him? Um, how long you have been working with
25 him?

# Potential Garrity

INT_____

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41

INT_____

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42

INT_____

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41

INT_____

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42

INT_____

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41

INT_____

CONFIDENTIAL: NON PUBLIC INFORMATION UNDER MGPDA
CITY00131375

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42

INT_____

# Potential Garrity

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42

INT_____

# Potential Garrity

```
38  Q:  Per MPD Policy and Procedure, Section 107.8, you are not to discuss this interview or
39      case investigation with anyone other than your federation representative or attorney.
40
41      Do you understand this?
42  A:  Yes, sir.
```

INT_____

CITY00131378

```
 1
 2    Q:  This statement is concluded at 18:20 hours.
 3
 4
 5
 6    _____
 7    Officer Thomas Lane                         Date
 8
 9
10    _____
11    Witness
12
13
14    Job #:  89575
```

INT_____