## Bell, LeeAnn K. (USAMN)

| | |
|---|---|
| **From:** | Bell, LeeAnn K. (USAMN) |
| **Sent:** | Tuesday, January 4, 2022 10:54 AM |
| **To:** | Bob Paule (bobpaule@comcast.net); Natalie Paule; Thomas C. Plunkett; 'egraylaw@gmail.com' |
| **Cc:** | Trepel, Samantha (CRT); Sertich, Manda (USAMN); Slaughter, Allen (USAMN); Gilead, Evan (USAMN); Allison, Tara (CRT) |
| **Subject:** | All Counsel Meeting Follow Up |
| **Attachments:** | 2022_01_03_ExhibitsToDefense.pdf |

Counsel – We wanted to send out a follow up after of our meeting last Monday, particularly since Mr. Gray was not able to attend in person.

- 

- 
- 

- The parties agreed that experts are exempt from general sequestration and may be present during testimony and/or receive transcripts/updates.
- 

- 

- 

- 

- 
    - 
    - 

    - 

    - 

If we have forgotten anything please let us know.

Thanks, LeeAnn

LeeAnn K. Bell  |  Assistant United States Attorney U.S. Attorney's Office  |  District of Minnesota
600 U.S. Courthouse  |  300 South Fourth Street  |  Minneapolis, MN 55415
T:  612.664.5600  |  F:  612.664.5787



GOVERNMENT EXHIBIT

1

21-cr-108 (PAM/TNL)