# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# IN-PERSON JURY CRIMINAL TRIAL

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson, United States District Judge |
| v. | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| | Date: Wednesday, February 16, 2022 |
| **Tou Thao (2)**, | Courthouse: Saint Paul |
| **J Alexander Kueng, (3)**, | Courtroom: 7D |
| **Thomas Kiernan Lane (4)**, | Deputy: Lynn L. Magee |
| | Court Reporter: Renee Rogge |
| Defendants. | Time Commenced: 9:30 a.m. |
| | Time Concluded: 4:30 p.m. |
| | Time in Court: 5 Hours 30 Minutes |

**APPEARANCES:**
   Plaintiff:   LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter
   Defendants:  Robert Paule, Natalie Paule – Thao (2)
                Thomas Plunkett – Kueng (3)
                Earl Gray – Lane (4)

**PROCEEDINGS:**
   Trial Discussions with Counsel (9:20 a.m. – 9:35 a.m.)
   Cross-Examination of Witness by LeeAnn Bell Continues (9:35 a.m. – 10:40 a.m.)
   Break (10:40 a.m. – 10:55 a.m.)
   Re-Direct Examination of Witness by Robert Paule (10:55 a.m. – 11:25 a.m.)
   Re-Cross-Examination of Witness by LeeAnn Bell (11:25 a.m. – 11:28 a.m.)
   Re-Direct Examination of Witness by Robert Paule (11:28 a.m. – 11:30 a.m.)
   Re-Cross-Examination of Witness by LeeAnn Bell and Witness Excused (11:30 a.m. – 11:35 a.m.)
   Witness Testimony (Seng Yang), Witness Excused, Defendant Thao Rested (11:35 a.m. – 11:40 a.m.)
   Witness Testimony (Joni Kueng) by Thomas Plunkett and Witness Excused (11:40 a.m. – 11:45 a.m.)
   Witness Testimony (J Alexander Kueng) by Thomas Plunkett (11:45 a.m. – 12:30 p.m.)
   Break (12:30 p.m. – 2:00 p.m.)
   Witness Testimony Continues (2:00 p.m. – 3:15 p.m.)
   Break (3:15 p.m. – 3:30 p.m.)
   Witness Testimony Continues (3:30 p.m. – 4:15 p.m.)
   Cross-Examination of Witness by Manda Sertich (4:15 p.m. – 4:30 p.m.)

   Jury Trial will continue on Thursday, February 17, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date:   Wednesday, February 16, 2022                               *s/Lynn L. Magee*
                                                                   Courtroom Deputy to
                                                                   The Hon. Paul A. Magnuson