# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON JURY CRIMINAL TRIAL

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson, United States District Judge |
| v. | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| | Date: Thursday, February 17, 2022 |
| **Tou Thao (2)**, | Courthouse: Saint Paul |
| **J Alexander Kueng, (3)**, | Courtroom: 7D |
| **Thomas Kiernan Lane (4)**, | Deputy: Lynn L. Magee |
| | Court Reporter: Renee Rogge |
| Defendants. | Time Commenced: 9:20 a.m. |
| | Time Concluded: 4:20 p.m. |
| | Time in Court: 5 Hours 30 Minutes |

**APPEARANCES:**
Plaintiff: LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter
Defendants: Robert Paule, Natalie Paule – Thao (2)
Thomas Plunkett – Kueng (3)
Earl Gray – Lane (4)

**PROCEEDINGS:**
Trial Discussions with Counsel (9:20 a.m. – 9:35 a.m.)
Cross-Examination of Witness by Manda Sertich Continues (9:35 a.m. – 11:30 a.m.)
Break (11:30 a.m. – 11:45 a.m.)
Cross-Examination of Witness Continues (11:45 a.m. – 11:55 a.m.)
Re-Direct Examination of Witness by Thomas Plunkett (11:55 a.m. – 12:10 p.m.)
Re-Cross Examination of Witness by Manda Sertich and Witness Excused (12:10 p.m. – 12:15 p.m.)
Witness Testimony (Steve Ijames) by Thomas Plunkett (12:15 p.m. – 12:30 p.m.)
Break (12:30 p.m. – 2:00 p.m.)
Trial Discussions with Counsel (1:55 p.m. – 2:00 p.m.)
Witness Testimony Continues (2:00 p.m. – 2:30 p.m.)
Cross-Examination of Witness by Manda Sertich (2:30 p.m. – 3:15 p.m.)
Break (3:15 p.m. – 3:30 p.m.)
Cross-Examination Continues, Witness Excused, Defendant Kueng Rested (3:30 p.m. – 3:35 p.m.)
Witness Testimony (Gary Nelson, Retired MPD Lt.) by Earl Gray (3:35 p.m. – 4:00 p.m.)
Cross-Examination of Witness by Samantha Trepel (4:00 p.m. – 4:10 p.m.)
Re-Direct Examination of Witness by Earl Gray, and Witness Excused (4:10 p.m. – 4:15 p.m.)
Jury Trial will continue on Monday, February 21, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date: Thursday, February 17, 2022

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson