# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON JURY CRIMINAL TRIAL

| | | |
|---|---|---|
| **United States of America**, | | **COURT MINUTES** |
| Plaintiff, | BEFORE: | Paul A. Magnuson |
| | | United States District Judge |
| v. | Case No: | 21-CR-108(2) (3) (4) (PAM/TNL) |
| | Date: | Monday, February 21, 2022 |
| **Tou Thao (2)**, | Courthouse: | Saint Paul |
| **J Alexander Kueng, (3)**, | Courtroom: | 7D |
| **Thomas Kiernan Lane (4)**, | Deputy: | Lynn L. Magee |
| | Court Reporter: | Renee Rogge |
| Defendants. | Time Commenced: | 9:30 a.m. |
| | Time Concluded: | 6:00 p.m. |
| | Time in Court: | 7 Hours -0- Minutes |

**APPEARANCES:**
  Plaintiff: LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter
  Defendants: Robert Paule, Natalie Paule – Thao (2)
    Thomas Plunkett – Kueng (3)
    Earl Gray – Lane (4)

**PROCEEDINGS:**
  Witness Testimony (Marc Pentland) by Earl Gray and Witness Excused (9:30 a.m. – 9:40 a.m.)
  Witness Testimony (Adam Lepinski) by Earl Gray and Witness Excused (9:40 a.m. – 9:45 a.m.)
  Witness Testimony (James Lane) by Earl Gray and Witness Excused (9:45 a.m. – 9:50 a.m.)
  Witness Testimony (Thomas Lane) by Earl Gray (9:50 a.m. – 11:00 a.m.)
  Break (11:00 a.m. – 11:15 a.m.)
  Witness Testimony continues by Earl Gray (11:15 a.m. – 11:50 a.m.)
  Cross-Examination of Witness by Samantha Trepel (11:50 a.m. – 12:30 p.m.)
  Break (12:30 p.m. – 2:00 p.m.)
  Cross-Examination of Witness by Samantha Trepel (2:10 p.m. – 3:05 p.m.)
  Re-Direct Examination of Witness by Earl Gray, and Witness Excused (3:05 p.m. – 3:15 p.m.)
  Defendant Lane Rested (3:15 p.m.)
  Break (3:15 p.m. – 3:30 p.m.)
  Trial Conferences (3:30 p.m. – 6:00 p.m.)

  Jury Trial will continue on Tuesday, February 22, 2022, at 9:30 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date: Monday, February 21, 2022                                 *s/Lynn L. Magee*
                                                                                Courtroom Deputy to
                                                                                The Hon. Paul A. Magnuson