# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# IN-PERSON JURY CRIMINAL TRIAL

| | |
|---|---|
| **United States of America**, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Paul A. Magnuson, United States District Judge |
| v. | Case No: 21-CR-108(2) (3) (4) (PAM/TNL) |
| **Tou Thao (2)**, | Date: Tuesday, February 22, 2022 |
| **J Alexander Kueng, (3)**, | Courthouse: Saint Paul |
| **Thomas Kiernan Lane (4)**, | Courtroom: 7D |
| | Deputy: Lynn L. Magee |
| Defendants. | Court Reporter: Renee Rogge |
| | Time Commenced: 9:45 a.m. |
| | Time Concluded: 4:00 p.m. |
| | Time in Court: 5 Hours 15 Minutes |

**APPEARANCES:**
  Plaintiff:   LeeAnn Bell, Samantha Trepel, Manda Sertich, Allen Slaughter

  Defendants:  Robert Paule, Natalie Paule – Thao (2)
               Thomas Plunkett – Kueng (3)
               Earl Gray – Lane (4)

**PROCEEDINGS:**

  Closing Argument   Manda Sertich (9:45 a.m. – 11:30 a.m.)

  Break              (11:30 a.m. – 12:30 p.m.)

  Closing Argument   Robert Paule (Thao) (12:30 p.m. – 1:35 p.m.)

  Closing Argument   Thomas Plunkett (Kueng) (1:45 p.m. – 2:35 p.m.)

  Closing Argument   Earl Gray (Lane) (2:45 p.m. – 3:30 p.m.)

  Rebuttal           LeeAnn Bell (3:40 p.m. – 4:00 p.m.)

Jury Trial will continue on Wednesday, February 23, 2022, at 9:00 a.m., in Courtroom 7D, Saint Paul Courthouse.

Date: Tuesday, February 22, 2022

*s/Lynn L. Magee*
Courtroom Deputy to
The Hon. Paul A. Magnuson