ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

v.

Thomas Kiernan Lane,

          Defendant.

Crim. No. 21-108(4) (PAM/TNL)

**VERDICT FORM**

## COUNT 3
(Deprivation of Rights under Color of Law – Deliberate Indifference)

**INSTRUCTION**: Write "not guilty" or "guilty" in the blank space below.

We, the jury, unanimously find the defendant, **Thomas Kiernan Lane**, _Guilty_ of the crime of deprivation of rights under color of law as charged in **Count 3** of the Indictment.

**INSTRUCTION**: If you find defendant Thomas Kiernan Lane guilty as to **Count 3**, then check "yes" or "no" below. Otherwise, skip the question and sign and date the verdict form.

We, the jury, unanimously find that the offense charged in **Count 3** resulted in the death of George Floyd:

      X Yes

      ___ No

Dated: 2-24-2022

                                            **Jury Foreperson**