# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1226

In re: Star Tribune Media Company LLC, et al.

Petitioners

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00108-PAM)

---

## MANDATE

In accordance with the judgment of 02/25/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

February 25, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit