UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108 (PAM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>4.  THOMAS KIERNAN LANE, )<br>)<br>Defendant. ) | GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT LANE'S POST-TRIAL MOTION FOR JUDGMENT OF ACQUITTAL |

The United States of America, by and through its undersigned attorneys, opposes Defendant Lane's motion, pursuant to Fed. R. Crim. P. 29(c), to set aside the jury verdict and acquit Defendant Lane of Count 3 of the Indictment. ECF No. 288.  "[T]he jury's verdict 'must be sustained if there is substantial evidence, taking the view most favorable to the Government, to support it.'" *United States v. Mathison*, 518 F.3d 935, 939 (8th Cir. 2008) (citing *Glasser v. United States*, 315 U.S. 60, 80 (1942)).  "There is substantial evidence if any rational trier of fact could find each element of the crime[] of conviction beyond a reasonable doubt." *Id.*  The United States has presented exhaustive evidence as to each element of Count 3, as set forth in the United States' prior briefing in response to the defendants' earlier Rule 29 motions.  *See* Government's Response in Opposition to Defendants' Motions Under Rule 29, ECF No. 285, pp. 8-11, 16-22; Exhibit 1, ECF No. 285-1, pp. 17-18, 20-23, 28-33; Exhibit 2, ECF No. 285-2, at pp. 116-123, 140-152, 189-

212. Defendant Lane's Rule 29(c) motion, therefore, must be denied, as substantial evidence supports the jury's verdict.

Dated: March 3, 2022                                          Respectfully submitted,


CHARLES J. KOVATS, JR.                          KRISTEN CLARKE
Acting United States Attorney                       Assistant Attorney General
                                                                        Civil Rights Division

*/s/ Manda M. Sertich*                                    */s/ Samantha Trepel*
BY:  MANDA M. SERTICH                          BY:  SAMANTHA TREPEL
Assistant U.S. Attorney                                 Special Litigation Counsel
Attorney ID No. 4289039 NY                      Attorney ID No. 992377 DC