UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 21-cr-108(PAM/TNL) |
| Plaintiff, | |
| v. | DEFENDANT THOMAS LANE'S MOTION TO JOIN DEFENDANT J. ALEXANDER KUENG AND DEFENDANT TOU THAO'S MOTIONS FOR A MISTRIAL |
| Thomas Lane, | |
| Defendant. | |

Thomas Lane through his counsel, Earl Gray, moves to join the motions of the co-defendants, J. Alexander Kueng and Tou Thao for a mistrial based on the pervasive prosecutorial misconduct.

Dated this 8th day of March, 2022.

                                                        Respectfully submitted,

                                                        s/Earl P. Gray
                                                        Earl P. Gray #37072
                                                        Attorney for Defendant Thomas Lane
                                                        First National Bank Building
                                                        332 Minnesota Street
                                                        Suite W1610
                                                        St. Paul, MN 55101
                                                        651-223-5175

1