```
                   UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA

---------------------------------------------------------------
                                )
  United States of America,     )  File No. 21-cr-108
                                )            (PAM/TNL)
         Plaintiff,             )
                                )
  v.                            )
                                )
  Tou Thao(2),                  )  Courtroom 7D
  J. Alexander Kueng(3), and    )  St. Paul, Minnesota
  Thomas Kiernan Lane(4),       )  Thursday, February 24, 2022
                                )  4:07 p.m.
         Defendants.            )
                                )
---------------------------------------------------------------



              BEFORE THE HONORABLE PAUL A. MAGNUSON
            UNITED STATES DISTRICT COURT SENIOR JUDGE
```

**(JURY TRIAL PROCEEDINGS - VOLUME XXII - VERDICT)**

Proceedings recorded by mechanical stenography; transcript produced by computer.

RENEE A. ROGGE, RMR-CRR
(612)664-5107

```
 1    APPEARANCES:

 2     For Plaintiff:          UNITED STATES ATTORNEY'S OFFICE
                               BY:  ALLEN A. SLAUGHTER, JR.
 3                                  LEEANN K. BELL
                                    MANDA M. SERTICH
 4                             300 South 4th Street, #600
                               Minneapolis, MN 55415
 5
                               DEPARTMENT OF JUSTICE
 6                             CIVIL RIGHTS DIVISION
                               BY:  SAMANTHA TREPEL
 7                             150 M Street NE
                               Washington, D.C. 20530
 8
       For Defendant           ROBERT M. PAULE, PA
 9     Tou Thao:               BY:  ROBERT M. PAULE
                               920 2nd Avenue South, #975
10                             Minneapolis, MN 55402

11                             PAULE LAW PLLC
                               BY:  NATALIE PAULE
12                             5100 West 36th Street
                               P.O. Box 16589
13                             Minneapolis, MN 55416

14     For Defendant           LAW OFFICE OF THOMAS C. PLUNKETT
       J. Alexander Kueng:     BY:  THOMAS C. PLUNKETT
15                             101 East 5th Street, #1500
                               St. Paul, MN 55101
16
       For Defendant           EARL GRAY DEFENSE
17     Thomas Kiernan Lane:    BY:  EARL P. GRAY
                               332 Minnesota Street, #W1610
18                             St Paul, MN 55101

19     Court Reporter:         RENEE A. ROGGE, RMR-CRR
                               United States District Courthouse
20                             300 South 4th Street, Box 1005
                               Minneapolis, MN 55415
21

22

23

24

25
```

**P R O C E E D I N G S**

**IN OPEN COURT**

**(JURY PRESENT)**

(Defendants present)

THE COURT: Good afternoon, everyone.

Members of the jury, have you reached a verdict?

JURY FOREPERSON: We have.

THE COURT: Would you provide the verdict to the CSO, please.

Thank you.

Members of the jury and ladies and gentlemen, the verdicts read as follows:

United States of America, plaintiff, versus Tou Thao, defendant. Count 2, deprivation of rights under color of law, failure to intervene.

We, the jury, unanimously find the defendant Tou Thao guilty of the crime of deprivation of rights under color of law as charged in Count 2 of the indictment.

We, the jury, unanimously find that the offense charged in Count 2 resulted in the death of George Floyd, yes.

Count 3. We, the jury, unanimously find the defendant Tou Thao guilty of the crime of deprivation of rights under color of law as charged in Count 3 of the indictment.

1            We, the jury, unanimously find that the offense
2   charged in Count 3 resulted in the death of George Floyd,
3   and answer yes.
4            Dated February 24, 2022, signed jury foreperson.
5            Members of the jury, as to the matter of the
6   United States versus J. Alexander Kueng.
7            We, the jury, unanimously find the defendant
8   J. Alexander Kueng guilty of the crime of deprivation of
9   rights under the color of law as charged in Count 2 of the
10  indictment.
11           Then we, the jury, unanimously find that the
12  offense charged in Count 2 resulted in the death of George
13  Floyd, yes.
14           Count 3.  We, the jury, unanimously find the
15  defendant J. Alexander Kueng guilty of the crime of
16  deprivation of rights under color of law as charged in
17  Count 3 of the indictment.
18           And then we, the jury, unanimously find that the
19  offense charged in Count 3 resulted in the death of George
20  Floyd, answer yes.
21           Dated February 24, 2022, signed by the jury
22  foreperson.
23           The matter of the United States versus Thomas
24  Kiernan Lane, Count 3.
25           We, the jury, unanimously find the defendant

1    Thomas Kiernan Lane guilty of the crime of deprivation of
2    rights under color of law as charged in Count 3 of the
3    indictment.
4             Then we, the jury, unanimously find that the
5    offense charged in Count 3 resulted in the death of George
6    Floyd, answer yes.
7             Dated February 24, 2022, signed by the jury
8    foreperson.
9             Members of the jury, is this your verdict, so say
10   you all?
11            THE JURY:  Yes.
12            THE COURT:  May the record reflect the unanimous
13   verdict.
14            Counsel, do you request a polling of the jury?
15            MR. GRAY:  Yes, Your Honor.
16            MR. ROBERT PAULE:  Yes, Your Honor.
17            MR. PLUNKETT:  Yes, Your Honor.
18            THE COURT:  Members of the jury, I'm now going to
19   be calling your numbers one by one.  As I call your number,
20   please answer truthfully the question, and the question is,
21   Are these your verdicts.
22            Juror Number 3, are these your verdicts?
23            JUROR 3:  Yes.
24            THE COURT:  Juror Number 6, are these your
25   verdicts?

```
1                     JUROR 6:  Yes, sir.
2                     THE COURT:  Juror Number 11, are these your
3      verdicts?
4                     JUROR 11:  Yes.
5                     THE COURT:  Juror Number 14, are these your
6      verdicts?
7                     JUROR 14:  Yes, Your Honor.
8                     THE COURT:  Juror Number 16, are these your
9      verdicts?
10                    JUROR 16:  Yes.
11                    THE COURT:  Juror Number 30, are these your
12     verdicts?
13                    JUROR 30:  Yes.
14                    THE COURT:  Juror Number 41, are these your
15     verdicts?
16                    JUROR 41:  Yes.
17                    THE COURT:  Juror Number 43, are these your
18     verdicts?
19                    JUROR 43:  Yes.
20                    THE COURT:  Juror Number 46, are these your
21     verdicts?
22                    JUROR 46:  Yes, sir.
23                    THE COURT:  Juror Number 60, are these your
24     verdicts?
25                    JUROR 60:  Yes, Your Honor.
```

1            THE COURT:  Juror Number 69, are these your
2    verdicts?
3            JUROR 69:  Yes.
4            THE COURT:  Juror Number 70, are these your
5    verdicts?
6            JUROR 70:  Yes, Your Honor.
7            THE COURT:  May the record reflect a unanimous
8    verdict.
9            Counsel, is there anything further to come to the
10   court's attention before the jury is discharged?
11           MR. GRAY:  None from us, Your Honor.
12           MS. BELL:  No, Your Honor.
13           THE COURT:  Okay.  With that, members of the jury,
14   may I take this opportunity on behalf of the United States
15   to sincerely thank you for your service as jurors in this
16   case.
17           I know that jury service is not easy.  I also know
18   that we have interfered with a month of your time or a
19   little bit more now.  And we thank you for being with us.
20   We thank you for your diligence.  We thank you for your
21   effort, and we thank you for doing all of the work that you
22   have done as jurors in this case.
23           Now what I'm going to say right now is for the
24   first time in a whole month.  I'm not ordering you to do
25   anything, but I'm going to refer you at this time to the

1  marshal service.  And I would appreciate it, if the
2  opportunity should arise shortly, after I do some things
3  here in the courtroom, that I would have an opportunity to
4  visit with you for a little bit with respect to various
5  matters.  So with all of that, thank you so very much for
6  your service.
7          And the jury may be excused.
8  (4:14 p.m.)
9          **IN OPEN COURT**
10         **(JURY NOT PRESENT)**
11         THE COURT:  You may be seated.
12         Counsel, Mr. Smith of the probation officer is
13 here.  And I would order that within the next week each of
14 you, with your clients, meet with the probation office to
15 get started on a presentence investigation report.
16         When that has been completed, you will have an
17 opportunity to review it, along with your lawyers,
18 potentially even have an evidentiary hearing.
19         At the conclusion of all that, you will be called
20 back before the court for sentencing.  And, of course, it's
21 extremely important that you appear at the time of
22 sentencing.  Failure to appear can result in a very serious
23 crime with a substantial punishment.  So therefore I would
24 strongly encourage your being here.
25         With that, the court would order that bond be

1  continued according to present terms and conditions.  I
2  think that's doubly true because I realize you're facing
3  another matter in the state court, and it's important I
4  think that you be available to prepare for that.
5              Is there anything further to come to our attention
6  at this point?
7              MS. BELL:  Your Honor, the government would
8  request the opportunity to review the conditions and just in
9  the event there is something additional to propose to
10 propose it to the court.  I don't expect that there will be,
11 but I know that one of them I haven't seen quite yet.
12             THE COURT:  Three of them I have not seen quite
13 yet.
14             MS. BELL:  Okay.  Very good.
15             THE COURT:  So you and I are in the same boat,
16 but, yes, you will have the opportunity to do that.  But at
17 this point bond will remain according to present terms and
18 conditions.
19             Okay.  With all of that, I take this opportunity
20 to thank all of you.  And I want to particularly take a
21 moment to say a special "thank you" to the various people
22 that have worked with the court system throughout the
23 pendency of this case, and I appreciate all of the
24 assistance that you've given not only to me, but to my staff
25 and many other people.  And so thank you very much.

1        And with that, we are in recess.

2        (Court adjourned at 4:17 p.m., 02-24-2022.)

3                        *   *   *

4        I, Renee A. Rogge, certify that the foregoing is a

5   correct transcript from the record of proceedings in the

6   above-entitled matter.

7                   Certified by:   /s/Renee A. Rogge
                                    Renee A. Rogge, RMR-CRR
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25