UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-108 (PAM/TNL)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | STATEMENT OF REDACTION |
| v. | ) | |
| | ) | |
| 2. TOU THAO, | ) | |
| 3. J. ALEXANDER KUENG, and | ) | |
| 4. THOMAS KIERNAN LANE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

In accordance with Local Rule 5.5, the government has reviewed the transcript of trial proceedings held on January 25, 2022, filed on April 1, 2022, in the above-captioned matter; filed a timely Notice of Intent to Request Redaction; and located personal identifiers (PIs) or other information in the transcripts that must be redacted under Fed. R. Crim. P. 49.1.

The government hereby requests the court reporter redact the following PIs or other information in the transcript.

| Description of PI to be Redacted | Page and Line Number of PI to be Redacted | Redacted PI to Read As (e.g. XXX-XX-1234) |
|---|---|---|
| Personal and/or Home Address | Page 463, line 4 | "I live at XXXX XXXXX XXX XXXXXXX XXXXXX." |

The government understands that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. The government understands that if

it purchased a copy of the transcript from the court reporter, it may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if it accesses the transcript electronically. The government also understands that after the 90-day restriction period, the redacted version of the transcript may be made available to the public on PACER.

Dated: April 8, 2022

ANDREW M. LUGER
United States Attorney

*s/ Evan B. Gilead*
BY:  EVAN B. GILEAD
Assistant U.S. Attorney
Attorney ID No. 95971

Respectfully submitted,

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

*/s/ Samantha Trepel*
BY:  SAMANTHA TREPEL
Special Litigation Counsel
Attorney ID No. 992377 DC