# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 21-CR-108(4) (PAM/TNL) |
| | Date: Thursday, July 21, 2022 |
| **THOMAS KIERNAN LANE (4)**, | Court Reporter: Maria Weinbeck |
| | Courthouse: Saint Paul |
| Defendant. | Courtroom: 7D |
| | Time Commenced: 10:00 a.m. |
| | Time Concluded: 11:00 a.m. |
| | Sealed Hearing Time: N/A |
| | Time in Court: One Hour |

**APPEARANCES**:
   For Plaintiff:   Manda Sertich, LeeAnn Bell, Samantha Bates, USAO
   For Defendant:   Earl Gray, Amanda Montgomery, RET

**PROCEEDINGS:**
√ Sentencing

**IT IS ORDERED**:
   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| Three (3) of Indictment | | X | 30 Months | | 2 Years | | |

√ **See J&C for Special Conditions**.

√ Defendant sentenced to pay:
   √ Special Assessment in the amount of $100.00.

√ Defendant shall surrender to the United States Marshal for this district at
   **11 a.m**., on **Tuesday, October 4, 2022**.

√ Sealed Matters: **The Court will make all sealing determinations once all co-defendants have been sentenced**.

*s/Lynn L. Magee*

Dated:   Thursday, July 21, 2022

Courtroom Deputy to
The Hon. Paul A. Magnuson